UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ERNEST MELO,

    Plaintiff,

v.

ZUMPER, INC., et al.,

    Defendants.

Case No. 20-cv-00714-PJH

**ORDER OF DISMISSAL**

Re: Dkt. No. 80

Plaintiff Ernest Melo and Defendant Trade House Data, by their counsel, having advised the court that they have stipulated to dismissing with prejudice plaintiff's complaint in its entirety, IT IS HEREBY ORDERED that this action is DISMISSED with prejudice. Each party shall bear his or its own costs and attorneys' fees. The court shall retain jurisdiction to enforce the parties' settlement agreement until **May 8, 2021**.

**IT IS SO ORDERED.**

Dated: May 8, 2020

/s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge